# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MORTGAGE RESEARCH CENTER, LLC (D/B/A VETERANS UNITED AND VETERANS UNITED HOME LOANS), | )<br>)<br>)<br>) |
| Plaintiff, | ) Case No. 2:16-cv-4073 |
| v. | ) **JURY TRIAL DEMANDED** |
| BROKER SOLUTIONS, INC. (D/B/A NEW AMERICAN FUNDING), | ) |
| Defendant. | ) |

## PLAINTIFF'S DISCLOSURE OF CORPORATE INTERESTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1, Plaintiff, Mortgage Research Center, LLC, states that is has no parent corporation and no public corporation owns 10% or more of Mortgage Research Center, LLC's stock.

Date: March 2, 2016

Respectfully submitted,

LATHROP & GAGE LLP

By: /s/ R. Cameron Garrison
R. Cameron Garrison (MO #54064)
cgarrison@lathropgage.com
2345 Grand Boulevard, Suite 2200
Kansas City, MO 64108-2612
Tel: (816) 292-2000
Fax: (816) 292-2001

*Attorneys for Plaintiff*
*Mortgage Research Center, LLC*
*(d/b/a Veterans United and Veterans United Home Loans)*

25362946v1