IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MORTGAGE RESEARCH CENTER, LLC (D/B/A VETERANS UNITED AND VETERANS UNITED HOME LOANS), <br><br> Plaintiff, <br><br> v. <br><br> BROKER SOLUTIONS, INC. (D/B/A NEW AMERICAN FUNDING), <br><br> Defendant. | Case No. 2:16-cv-4073-NKL |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Mortgage Research Center, LLC, d/b/a Veterans United and Veterans United Home Loans, hereby gives notice that the above-captioned action is voluntarily dismissed with prejudice, with each party to bear its own costs and fees.

1

Date: April 21, 2016                                Respectfully submitted,

                                                    LATHROP & GAGE LLP


                                                    By:  /s/ R. Cameron Garrison
                                                        R. Cameron Garrison (MO #54064)
                                                        cgarrison@lathropgage.com
                                                        2345 Grand Boulevard, Suite 2200
                                                        Kansas City, MO 64108-2612
                                                        Tel: (816) 292-2000
                                                        Fax: (816) 292-2001

                                                        *Attorneys for Plaintiff*
                                                        *Mortgage Research Center, LLC*
                                                        *(d/b/a Veterans United and Veterans United Home Loans)*


## CERTIFICATE OF SERVICE

    I hereby certify that on April 21, 2016, a true and accurate copy of the foregoing was filed with the Clerk of Court using the CM/ECF system with notice of case activity generated and sent to all counsel of record.


                                                    */s/ R. Cameron Garrison*
                                                    Attorney for Plaintiff Mortgage Research Center, LLC (d/b/a Veterans United and Veterans United Home Loans)

2

25573696v1    Case 2:16-cv-04073-NKL   Document 9   Filed 04/21/16   Page 2 of 2